IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL HOME LOAN
MORTGAGE CORPORATION,

        Plaintiff,                  No. CIV S-12-0680 GEB DAD PS

    vs.

AL EJANDA,                         <u>ORDER</u>

        Defendant.
_____/

        Defendant is proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

        On April 23, 2012, the magistrate judge filed findings and recommendations herein which were served on defendant and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and defendant has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 23, 2012 (Doc. No. 5) are adopted in full;

2. This action is summarily remanded to the Superior Court of California, County of Sacramento; and

3. This case is closed.

Dated: May 25, 2012

GARLAND E. BURRELL, JR.
United States District Judge